**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**In re: Graunstadt, Ron and Cheryl**

Debtor(s).
_______________________________________/

Chapter: 13
Case Number: 13-57440
Judge: Phillip Shefferly

**APPLICATION FOR AWARD AND APPROVAL OF PAYMENT OF POST-CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN PURSUANT TO L.B.R. 9014-1 (E.D.M.) AND L.B.R. 2016-1 FROM DECEMBER 8, 2014 THROUGH MAY 4, 2015**

NOW COMES GALLAGHER SHARP, attorneys for Debtors herein, and moves this Honorable Court as follows:

1a. The total amount of fees requested in this fee application are **$1,960.00**

1b. The total amount of expenses sought are **$0.00**

1c. The balance of a retainer on deposit with the applicant remaining after the payment of prior fee awards is **$0.00**

2. The fees requested are for services rendered from **December 8, 2014 to May 4, 2015**.

3. Pursuant to L.B.R. 2016-1 (E.D.M.) and the fee agreement, the undersigned counsel for Debtors in summary, provided the following professional services: met with client(s) to discuss Chapter 13 vs. Chapter 7; had multiple meetings with the Debtors; prepared Chapter 13 petition; prepared Chapter 13 checklist; prepared fee agreement; prepared Statement of Social Security Number; prepared bankruptcy petition cover sheet; prepared correspondence to Debtors and creditors; met with clients to prepare chapter 13 plan and schedules; prepared means test; prepared chapter 13 notice; prepared F.R.B.P. 2016(b) statement; reviewed file for income information; prepared correspondence to Trustee's office; prepared the payment order; reviewed

correspondence and pleadings from opposing counsel and the Office of the Chapter 13 Trustee; prepared correspondence to clients; prepared cover sheets for amendments; reviewed file on several occasions; reviewed file notes; had telephone communications with Trustee's office; prepared and filed and noticed objection to proof of secured claim filed; and prepared fee application. The services rendered for, to and on behalf of the Debtor(s) were necessary for the benefit of the debtor to maximize debtors(s) likelihood of successfully completing the Chapter 13 plan and receiving a discharge. For fees and expenses totaling over $3,500 please see a detailed explanation in Exhibit 10.

4a. There were not any adversary proceedings connected with this case:

5 a. N/A

b. N/A

c. The current status of the case: The Chapter 13 plan has been confirmed on April 1, 2014. The fees do not impact this case as Debtor signed a retainer agreement that allows Counsel to be compensated for services rendered that benefit the Debtor and the estate. Counsel's services benefited both the Debtor and the estate.

6. GALLAGHER SHARP performs periodic file reviews every six (6) months to determine the status of the Chapter 13 Plan and identify any potential problems; communicates with clients regularly to update on the status of reviews, remind of document and tax return submission, and request updates on any changes in the status of clients' income and expenses; responds to any communications or inquiries received from the client and performs any further services or actions necessary to facilitate such responses.

7. There are no accrued unpaid administrative expenses as the Trustee receives timely disbursements from the Debtors' Chapter 13 Plan.

8. There are no instances in which an award is sought for the services of more than one professional and paraprofessional.

9. Prior applications were sought and granted on: July 21, 2014.

10. The Debtor was served with this application at least 7 days prior to the filing. Counsel for Debtor sought approval of these fees, via a letter to the Debtor, prior to the filing of this application. A copy of the Debtor's executed Concurrence is attached. Furthermore, the Debtor was served with this application and notice and has 21 days in which to object if there are any concerns with the services provided and fees requested. Prior to this application, Debtor signed a retainer agreement and 2016(b) statement agreeing to compensate Counsel for services provided in connection with this case.

WHEREFORE, the undersigned counsel for Debtor(s) move for award and approval of post-confirmation attorney fees and costs in the amount of $1,960.00 in fees and $0.00 in costs for a total compensation of $1,960.00 attorney fees having been reserved in the Order Confirming Plan and Debtor's counsel having previously received $0.00.

Respectfully submitted,

GALLAGHER SHARP

By: _/s/ Erik C. Stein_______
ERIK C. STEIN (P72172)
Attorney for Debtor
211 W. Fort St., Ste 660
Detroit, MI 48226
(313) 962-9160
estein@gallaghersharp.com

Dated: May 4, 2015

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**In re: Graunstadt, Ron & Cheryl**

Debtor(s).
_______________________________________/

Chapter: 13
Case Number: 13-57440
Judge: Phillip Shefferly

**Exhibit 1**

**ORDER AWARDING PAYMENT OF POST CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN PURSUANT TO L.B.R. 9014-1 (E.D.M.) AND L.B.R. 2016-1 FROM DECEMBER 8, 2014 THROUGH MAY 4, 2015**

This matter having come on to be heard upon the application of the attorney for the Debtor(s), all interested parties having been served with notice of the application and the provisions of L.B.R. 9014-1 and 2016-1 (E.D.M.) having been met, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. The Court approves applicant's fees and expenses as follows:

| | | |
|---|---|---|
| Prior award for Fees | $6,500.00 | |
| Prior award for Costs: | $ 282.32 | |
| Total award to Date: | | $6,782.32 |
| This award for Fees: | $ 1,960.00 | |
| This award for Costs: | $ 0.00 | |
| Total this award: | | $1,960.00 |
| Amount paid directly by Debtor(s) | $ 0.00 | |
| **Balance to be paid from Chapter 13 Trustee** | **$ 1,960.00** | |
| GRAND TOTAL FEES AND COSTS | | $8,742.32 |

2. This award covers services rendered and expenses incurred from December 8, 2014 through May 5, 2015.

3. Debtor's(s') counsel shall serve a copy of this Order upon the Chapter 13 Trustee.

4. To the extent that fees and costs pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) following dismissal.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **In re: Graunstadt, Ron & Cheryl** | Chapter: 13 |
| | Case Number: 13-57440 |
| Debtor(s). | Judge: Phillip Shefferly |

______________________________________/

**Exhibit 2**

Not applicable as no Order Approving the Employment of GALLAGHER SHARP is required or entered with the court.

EXHIBIT 3

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Ron Anthony Graunstadt**
**Cheryl Ann Graunstadt**

Debtor(s)

Case No. **13-57440**

Chapter **13**

### STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

[ ] **FLAT FEE**

A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ______

B. Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . ______

C. The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ______

[ **X** ] **RETAINER**

A. Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **0.00**

B. The undersigned shall bill against the retainer at an hourly rate of $ **FEE APP** . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **N/A** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
~~D. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
E. Reaffirmations;
F. Redemptions;
G. Other:

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

6. The source of payments to the undersigned was from:
A. **XX** Debtor(s)' earnings, wages, compensation for services performed
B. XX Other (describe, including the identity of payor) Administrative Expense of Chapter 13 Plan

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: **October 26, 2014**

**/s/ Erik C. Stein**
Attorney for the Debtor(s)
**Erik C. Stein P72172**
**Gallagher Sharp**
**211 W. Fort St, Ste 660**
**Detroit, MI 48226**
**(313) 962-9160 estein@gallaghersharp.com**

Agreed: **/s/ Ron Anthony Graunstadt**
**Ron Anthony Graunstadt**
Debtor

**/s/ Cheryl Ann Graunstadt**
**Cheryl Ann Graunstadt**
Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**In re: Graunstadt, Ron & Cheryl**

Debtor(s).
______________________________________/

Chapter: 13
Case Number: 13-57440
Judge: Phillip Shefferly

## Exhibit 4

## Attorney Hourly Rate

NOW COMES ERIK C. STEIN, attorney or Debtor(s) herein, and respectfully declares the following:

1. That Erik C. Stein performed services as defined by the following breakdown:

| Name of Attorney | Hourly Rate | Total Hours Spent | Amount Sought |
|---|---|---|---|
| Erik C. Stein | $200.00 | 10.7 | $1960.00 |
| **Blended rate** | **$183.18** | | **$1960.00** |

| Name of Legal Assistant | Hourly Rate | Total Hours Spent | Amount Sought |
|---|---|---|---|
| | | | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**In re: Graunstadt, Ron & Cheryl**

Debtor(s).
_____________________________________/

Chapter: 13
Case Number: 13-57440
Judge: Phillip Shefferly

# Exhibit 5
# WORK PERFORMED
# PROFESSIONAL SERVICES

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 12/08/14 | ECS | .80 | B100 CONFERENCE WITH CLIENTS REGARDING PLAN MODIFICATION | 160.00 |
| 12/22/14 | ECS | .30 | B100 DRAFT POST CONFIRMATION PLAN MODIFICATION | 60.00 |
| 12/22/14 | ECS | .30 | B100DRAFT AMENDED SCHEDULES I AND J. EMAIL DRAFTS TO CLIENT FOR VERIFICATION. | 60.00 |
| 12/23/14 | ECS | .30 | B100 EMAIL EXCHANGE WITH CLIENT REGARDING MEDICAL INSURANCE DEDUCTIONS. REVISE SCHEDULES I & J. | 60.00 |
| 1/12/15 | ECS | .10 | B100 EMAIL TO CLIENT REGARDING PROPOSED CHAPTER 13 DOCUMENTS | 20.00 |
| 1/13/15 | ECS | .10 | B100 EMAIL EXCHANGE WITH CLIENT REGARDING POST CONFIRMATION PLAN MODIFICATION | N/C |
| 1/19/15 | ECS | .60 | B100 EMAIL FROM CLIENT REGARDING PROPOSED CHANGES TO SCHEDULES I & J. REVIEW PROPOSED CHANGES. DRAFT EMAIL IN RESPONSE TO CLIENTS. | 120.00 |
| 1/20/15 | ECS | .50 | B100 EMAIL FROM CLIENT REGARDING PLAN MODIFICATION CALCULATION ON NEW PLAN PAYMENT. EMAIL TO CLIENT. | 100.00 |
| 1/23/15 | ECS | .20 | B100 EMAIL EXCHANGE WITH CLIENTS REGARDING AMENDED PAYMENT PLAN | 40.00 |
| 2/02/15 | ECS | .10 | B100 EMAIL FROM CLIENTS REGARDING CHAPTER 13 PLAN MODIFICATION. | N/C |
| 2/03/15 | ECS | .20 | B100 EMAIL EXCHANGE WITH CLIENT REGARDING MODIFIED CHAPTER 13 PLAN PAYMENTS, CALCULATION OF PAYMENT AMOUNT AT 24 MONTHS | 40.00 |
| 2/06/15 | ECS | .50 | B100 REVIEW PROPOSED PLAN MODIFICATION. EMAIL TO CLIENT REGARDING THE SAME | 100.00 |
| 2/09/15 | ECS | .20 | B100 EMAIL FROM CLIENT REGARDING HOUSE SALE AND HELOC. RESPONSE TO CLIENT SENT. | 40.00 |
| 2/10/15 | ECS | .20 | B100 EMAIL EXCHANGE WITH CLIENT REGARDING TIMING OF AMENDED CHAPTER 13 PLAN PAYMENTS | 40.00 |

| | | | | |
|---|---|---|---|---|
| 2/11/15 | ECS | .50 | B100 FINALIZE POST CONFIRMATION PLAN MODIFICATION. DRAFT CERTIFICATE OF SERVICE, NOTICE OF FILING. | 100.00 |
| 2/11/15 | ECS | .20 | B100 FILE FIRST POST CONFIRMATION PLAN MODIFICATION VIA ECF | N/C |
| 2/11/15 | ECS | .20 | B100 EMAIL TO CLIENT REGARDING FIRST POST CONFIRMATION PLAN MODIFICATION | 40.00 |
| 2/24/15 | ECS | .50 | B100 REVIEW OBJECTIONS TO AMENDED CHAPTER 13 PLAN. DRAFT COVER SHEET TO AMENDED SCHEDULES I AND J. EMAIL TO CLIENTS | 100.00 |
| 2/25/15 | ECS | .10 | B100 EMAIL TO CLIENT REGARDING EXPECTED FILING DATE WITH 2014 INCOME TAX RETURN | 20.00 |
| 2/25/15 | ECS | .10 | B100 EMAIL TO R. GRAUNSTADT REGARDING SCHEDULED HEARING ON POST CONFIRMATION PLAN AMENDMENT. | N/C |
| 3/02/15 | ECS | .30 | B100 FILED AMENDED SCHEDULES I & J VIA ECF | N/C |
| 3/23/15 | ECS | .10 | B100 EMAIL TO CLIENTS REGARDING 2014 TAX RETURN | 20.00 |
| 3/23/15 | ECS | .10 | B100 EMAIL EXCHANGE WITH CHAPTER 13 TRUSTEE REGARDING OBJECTIONS TO PLAN MODIFICATION | 20.00 |
| 3/24/15 | ECS | .20 | B100 EMAIL EXCHANGE WITH CLIENTS REGARDING TAX RETURNS, CHAPTER 13 TRUSTEE OBJECTION TO PLAN MODIFICATION, AND 03/31 HEARING. | 40.00 |
| 3/30/15 | ECS | .70 | B100 REVIEW EMAIL FROM CHAPTER 13 TRUSTEE REGARDING PLAN CONFIRMATION AND ADDED CONDITION. RESEARCH ON INTEREST RATE TO UNSECURED CREDITORS. EMAIL TO CLIENTS. | 140.00 |
| 3/31/15 | ECS | 1.30 | B100 HEARING/STATUS CONFERENCE REGARDING POST CONFIRMATION PLAN MODIFICATION | 260.00 |
| 3/31/15 | ECS | .40 | B100 EMAIL EXCHANGE WITH CLIENT REGARDING POST CONFIRMATION PLAN MODIFICATION | 80.00 |
| 3/31/15 | ECS | .20 | B100 PHONE CALL TO R. GRAUNSTADT REGARDING FOLLOW UP FROM POST CONFIRMATION PLAN MODIFICATION | 40.00 |
| 4/01/15 | ECS | .40 | B100 DRAFT CERTIFICATE OF SERVICE. FILE SUBSTITUTION, RULE 2016(B) STATEMENT AND CERTIFICATE OF SERVICE VIA ECF. | N/C |
| 4/01/15 | ECS | .10 | B100 EMAIL EXCHANGE WITH CLIENTS REGARDING POST CONFIRMATION CONCERNS | 20.00 |
| 4/07/15 | ECS | .10 | B100 EMAIL TO CLIENTS REGARDING SCHEDULING MEETING TO DISCUSS POST CONFIRMATION PLAN MODIFICATIONS | N/C |
| 4/08/15 | ECS | .10 | B100 SUBMIT PAYSTUB AND TAX RETURN INFORMATION TO CHAPTER 13 TRUSTEE | N/C |
| 4/13/15 | ECS | .20 | B100 EMAIL EXCHANGE WITH CHAPTER 13 TRUSTEE REGARDING POST CONFIRMATION PLAN MODIFICATION | 40.00 |
| 4/13/15 | ECS | .40 | B100 DRAFT STIPULATION AND ORDER RESOLVING TRUSTEE'S OBJECTIONS TO POST CONFIRMATION PLAN MODIFICATION. EMAIL TO CLIENT REGARDING THE SAME. | 80.00 |

| | | | | |
|---|---|---|---|---|
| 4/13/15 | ECS | .10 | B100 PHONE CALL TO R. GRAUNDSTADT REGARDING CHANGES TO STIP AND ORDER ON FIRST POST CONFIRMATION PLAN MODIFICATION | N/C |
| 4/17/15 | ECS | .10 | B100 REVIEW ORDER MODIFYING CHAPTER 13 PLAN | N/C |
| 4/17/15 | ECS | .10 | B100 DRAFT WAGE ORDER FOR R. GRAUNSTADT | 20.00 |
| 4/17/15 | ECS | .10 | B100 EMAIL TO R. GRAUNSTADT REGARDING ORDER | N/C |

**TOTAL: $1,860.00**

| Date | Time | Total | Adversary Proceedings | Description |
|---|---|---|---|---|

**TOTAL: $0.00**

| Date | Time | Total | Chapter 13 Plan | Description |
|---|---|---|---|---|

**TOTAL: $0.00**

| Date | Time | Total | Claim Administration | Description |
|---|---|---|---|---|

**TOTAL: $0.00**

| Date | Time | Total | FEE APP | Description |
|---|---|---|---|---|
| 5/4/2015 | ECS | 1.0 | B100 FIRST POST CONFIRMATION FEE APPLICATION | 100.00 |

**TOTAL: $100.00**

**TOTAL FEES: $1,960.00**

| Project Category | Total Hours Spent | Dollars Sought |
|---|---|---|
| Case Administration | 9.7 | $1860.00 |
| Adversary Proceeding | 0.00 | $0.00 |
| 341 Meeting & 2004 Exam | 0.00 | $0.00 |
| CH 13 Plan | 0.00 | $0.00 |
| Claim Administration | 0:42 | $140.00 |
| Relief from Stay, Motions | 0.00 | $0.00 |
| Fee application preparation | Flat Rate | $100.00 |
| **TOTAL** | | $1,960.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **In re: Graunstadt, Ron & Cheryl** | Chapter: 13 |
| | Case Number: 13-57440 |
| Debtor(s). | Judge: Phillip Shefferly |

______________________________________/

**Exhibit 6**

**ATTORNEY'S BIOGRAPHICAL STATEMENT IN SUPPORT OF APPLICATION FOR FEES**

GALLAGHER SHARP, submits the following brief biographical statement in support of its Application for Attorney Fees as follows:

# ERIK C. STEIN

**Experience**

- Attorney, Gallagher Sharp, 10/2014 - Present
- Attorney, Linnell & Associates, PLLC, 09/2012 – 10/2014
- Managing Principal Attorney, Erik C. Stein, Attorney at Law, 12/2008 – 09/2012

**Education**

- B.A. Political Theory and Constitutional Democracy, Michigan State University, East Lansing, MI, 2005
- B.A. History, Michigan State University, East Lansing, MI, 2005
- J.D., University of Toledo College of Law, Toledo, OH, 2008

**Associations**

- Michigan Bar Association, 2008 – Present
- National Association of Consumer Bankruptcy Attorneys, 2012- 2014
- Federal Bar Association, 2012 – Present
- Consumer Bar Association, 2012- Present
- American Bankruptcy Institute, 2013-Present
- Access to Bankruptcy Court; 2013-Present
- Debtor / Creditor Committee Member, Oakland County Bar Association, 2014 – Present
- Detroit Metropolitan Bar Association, 2014 – Present
- Monroe County Bar Association, 2008 - Present

**Admitted To Practice**

- State Bar of Michigan, 2008
- Federal Eastern District of Michigan, 2009
- Federal Northern District of Ohio, 2010
- Federal Western District of Michigan, 2014
- United States Court of Appeals for the Sixth Circuit, 2014
- United States Tax Court, 2013

**Areas of Legal Concentration**

- Consumer Bankruptcy, Debtor Rights and Insolvency, Real Estate

**Continuing Legal Education**

- ICLE Family Law Institute, 11/2011, 11/2012, 11/2013
- ABI Midwestern States Bankruptcy Conference, 6/2013
- Detroit Consumer Bankruptcy Conference 11/2012, 11/2013, 11/2014
- ICLE Business Law Boot Camp 1/2015
- ICLE Annual Tax Conference, 5/2013
- ICLE No Fault Summit, 4/2015

## ANTONIA ROGERS

**Experience**

- Paralegal, Gallagher Sharp, 7/2007 - Present
- Paralegal, Litigation Management Inc, 7/2004 – 7/2007
- Paralegal, Reminger & Reminger LPA, 5/2002 – 12/2003
- Paralegal, Dworken & Bernstein, LPA, 1/2002 – 4/2002

**Education/Training**

- ABA Accredited Paralegal, Lakeland Community College
- Bachelor of Science, Lake Erie College
- Associate of Applied Science, Lakeland Community College

**Areas of Legal Concentration**

- Consumer Bankruptcy, Real Estate, and General Litigation

**Continuing Legal Education**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re: Graunstadt, Ron & Cheryl**

Debtor(s).

_______________________________________/

Chapter: 13
Case Number: 13-57440
Judge: Phillip Shefferly

**Exhibit 7**

**ITEMIZED STATEMENT OF EXPENSES**

| Date | Total | Price | Photocopies |
|---|---|---|---|

| Date | Total | Price | Postage |
|---|---|---|---|

| Date | Total | Price | PACER |
|---|---|---|---|

| Date | Total | Price | Parking |
|---|---|---|---|

| Date | Total | Price | Mileage |
|---|---|---|---|

| Date | Total | Price | Service Fee |
|---|---|---|---|

| Date | Total | Price | Misc Fees |
|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **In re: Graunstadt, Ron & Cheryl** | Chapter: 13 |
| | Case Number: 13-57440 |
| Debtor(s). | Judge: Phillip Shefferly |

______________________________________/

**Exhibit 8**

**NOTICE OF APPLICATION FOR AWARD AND APPROVAL OF PAYMENT OF POST CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN**

Gallagher Sharp, attorney for debtors herein have filed papers with the court for AWARD AND APPROVAL OF PAYMENT OF POST-CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN.

| | |
|---|---|
| Fees Requested: | $1,960.00 |
| Expenses Requested: | $0.00 |
| Balance of Retainer left on deposit: | $0.00 |
| Time Period: | **December 8, 2014 to May 4, 2015** |

PLEASE NOTE: The application is available for public review at the Clerk's Office, 111 First Street, Bay City, MI, 226 West Second Street, Flint, MI, 211 West Fort Street, Detroit, MI, Monday through Friday, from 8:30 a.m. to 4:00 p.m.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the APPLICATION FOR AWARD AND APPROVAL OF PAYMENT OF PRE-CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN, or if you want the court to consider your views on the application, within TWENTY-ONE (21) days from the date of service of this application, you or your attorney must:

1. File a written response or an answer explaining your position with[1]:
   United States Bankruptcy Court
   211 West Fort Street
   Detroit, MI 48226

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the TWENTY FIRST (21st) day from the date of service of this application.

   You must also mail a copy to:

Gallagher Sharp, 211 W. Fort St., Ste 660, Detroit, MI 48226
Krispen Carroll, Chapter 13 Trustee, 719 Griswold, Ste 1100, Detroit, MI 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Respectfully submitted,
By: _/s/ Erik C. Stein____________
ERIK C. STEIN (P72172)
Attorney for Debtors
211 W. Fort St., Ste 660
Detroit, MI 48226
(313)962-9160

Dated: May 4, 2015

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c), (d) and (e) .

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**In re: Graunstadt, Ron & Cheryl**

Debtor(s).
_______________________________________/

Chapter: 13
Case Number: 13-57440
Judge: Phillip Shefferly

**Exhibit 9**

**PROOF OF SERVICE**

ERIK C. STEIN certifies that on May 4, 2015, he did electronically file APPLICATION FOR AWARD AND APPROVAL OF PAYMENT OF POST CONFIRMATION ATTORNEY FEES AS AN ADMINSTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN PURSUANT TO LBR 9014-1(E.D.M.) AND LBR 2016-1 FROM DECEMBER 8, 2014 THROUGH MAY 4, 2015, ATTORNEYS' BIOGRAPHICAL STATEMENT IN SUPPORT OF APPLICATION FOR FEES, NOTICE OF APPLICATION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Krispen Carroll
Chapter 13 Trustee

and I hereby certify that I have mailed by United States Postal Service the above papers to the following non-ECF participants:

**SEE ATTACHED MATRIX**

Respectfully submitted,

GALLAGHER SHARP

By: /s/ Erik C. Stein
ERIK C. STEIN (P72172)
Attorney for Debtors
211 W. Fort St., Ste 660
Detroit, MI 48226
(313) 962-9160
estein@gallaghersharp.com

Dated: May 4, 2015

Label Matrix for local noticing
0645-2
Case 13-57440-pjs
Eastern District of Michigan
Detroit
Tue Jun 24 11:45:22 EDT 2014

ALTAIR OH XIII, LLC
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Bank Of America
P.O. Box 941852
Simi Valley, CA 93094-1852

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
PO BOX 660933
Dallas, TX 75266-0933

Barclays Bank Delaware
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899-8801

Chase Home Finance
PO Box 9001871
Louisville, KY 40290-1871

Dfcu Financial C U
400 Town Center Dr
Dearborn, MI 48126-2752

Huntington Bank
PO Box 182232, NC1W32
Columbus, OH 43218-2232

Huntington Natl Bk
Huntington National Bank - Bankruptcy No
Po Box 89424
Cleveland, OH 44101-6424

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMorgan Chase N.A.
3415 Vision Drive
Mail Code: OH4-7142
Columbus, OH 43219-6009

TROTT & TROTT, P.C.
31440 Northwestern Hwy.
Farmington Hills, MI 48334-5422

U.S. Attorney
211 W. Fort St., Ste 2001
Detroit, MI 48226-3220

United States Attorney
201 W. Fort St.
Detroit, MI 48226-3230

Cheryl Ann Graunstadt
8742 August St.
Westland, MI 48185-1771

Erik C. Stein
2804 Orchard Lake Rd.
Ste. 203
Keego Harbor, MI 48320-1449

Krispen S. Carroll
719 Griswold
1100 Dime Building
Detroit, MI 48226

Ron Anthony Graunstadt
8742 August St.
Westland, MI 48185-1771

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
PO Box 982238
El Paso, TX 79998-2238

(d)Bank Of America
Po Box 982235
El Paso, TX 79998

IRS
Kansas City Service Center
Kansas City, MO 64999

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank Of America, NA | (u)Bank of America, N.A. | (u)DFCU Financial |
| (u)JPMorgan Chase Bank, National Association | End of Label Matrix<br>Mailable recipients 18<br>Bypassed recipients 4<br>Total 22 | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**In re: Graunstadt, Ron & Cheryl**

Debtor(s).
_______________________________________/

Chapter: 13
Case Number: 13-57440
Judge: Phillip Shefferly

Exhibit 10

**SUPPLEMENTAL STATEMENT PURSUANT TO RULE 2016-B REGARDING FEES ABOVE $3,500.00**

Not applicable.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**In re: Graunstadt, Ron & Cheryl**

Debtor(s).
_______________________________________/

Chapter: 13
Case Number: 13-57440
Judge: Phillip Shefferly

**PROPOSED CERTIFICATION OF NON-RESPONSE PURSUANT TO L.B.R. 9014-1 (E.D.M.)**

Erik C. Stein, being first duly sworn deposes and says that he is the attorney of record for the within Debtor(s) and that a copy of the NOTICE OF APPLICATION FOR AWARD AND APPROVAL OF PAYMENT OF POST-CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN has been served, that more than TWENTY ONE (21) days have elapsed since that service and that he has received neither oral nor written objections to the entry of said Order from any interested party.

Furthermore, deponent sayeth not.

Respectfully submitted,

GALLAGHER SHARP

By: _/s/ Erik C. Stein_______________
ERIK C. STEIN (P72172)
Attorney for Debtors
211 W. Fort St., Ste 660
Detroit, MI 48226
(313) 962-9160
estein@gallaghersharp.com

Dated:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**In re: Ronald Graunstadt**
**Cheryl Graunstadt**

Debtor(s).
_______________________________________/

Chapter: 13
Case Number: 13-57440
Judge: Phillip Shefferly

## STATEMENT OF CONCURRENCE

**NOW COMES RONALD GRAUNSTADT** and **CHERYL GRAUNSTADT** and state and affirm that they have received the Post-Confirmation Application for Compensation of **GALLAGHER SHARP** and concur(s) with the payment of the requested fees.

Specifically, I/We, the Debtor(s), understand that:

(1) I do not have to sign this document unless I agree with it;

(2) I signed this document on the date stated below;

(3) When I signed this document, all the blanks were filled in;

(4) I agree that the fees and expenses requested should be allowed.

Date: 5-6-2015

[signature]
Debtor

Cheryl A Graunstadt
Debtor